August 14, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

PARRISH SERVANCE, Appellant

NO. 14-13-00639-CV                 V.

BANK OF AMERICA, N.A., Appellee

_____

        This cause, an appeal from the judgment in favor of appellee, Bank of America, N.A., signed April 15, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

        We order appellant Parrish Servance to pay all costs incurred in this appeal.

        We further order this decision certified below for observance.